USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/21/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- against -

**TIMOTHY MITCHELL,**

Defendant.

**19 Cr. 843 (JGK)**

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a conference on **March 10, 2020 at 4:30 PM.**

In view of the fact that a conference has been scheduled in this matter for March 10, 2020, the Court excludes prospectively the time from today **November 21, 2019,** until **March 10, 2020,** from Speedy Trial Act calculations. The continuance is needed to assure the effective assistance of counsel, to allow the Government to provide discovery to the defense, and for the defense to review discovery and decide what, if any, motions to make. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   New York, New York
         November 21, 2019

_____
John G. Koeltl
United States District Judge