UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TIMOTHY MITCHELL,

Defendants.

19cr843 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant's motions are due **April 24, 2020**. The Government's responses are due **May 8, 2020**. The defendant's replies are due **May 18, 2020**. A hearing on the motions will be held on **May 27, 2020** at **10:00 AM**.

The Government should disclose any Rule 404(b) evidence by **June 8, 2020**. Voir dire, motions in limine, and requests to charge are due **June 15, 2020** and replies are due **June 22, 2020**. The final pre-trial conference will be held on **June 26, 2020** at **2:30 PM**. The trial will begin on **July 7, 2020** at **9:00 AM** in Courtroom 14A.

SO ORDERED.

Dated: New York, New York
March 10, 2020

John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020

1