UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

TIMOTHY MITCHELL,

Defendant.

19cr843 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for trial on **July 7, 2020 at 9:00 AM**.

In view of the fact that a trial has been scheduled in this matter for July 7, 2020, the Court excludes prospectively the time from today **March 10, 2020**, until **July 7, 2020**, from Speedy Trial Act calculations. The continuance is needed to assure the effective assistance of counsel, to allow defense counsel to make motions, and to allow the Court to decide the motions. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A). The time for defense counsel to make its motions and for the Court to decide the motions is independently excludable under 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated:   New York, New York
         March 10, 2020

                                    _____
                                    John G. Koeltl
                                    United States District Judge