# QUIJANO ENNIS & SIDERIS
ATTORNEYS AT LAW
40 FULTON STREET
Floor 23
NEW YORK, NEW YORK 10038
TELEPHONE: (212) 686-0666
**Peter Enrique Quijano Cell: (917) 716-6312**
FAX: (212) 686-8690
peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3.13.20

March 12, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: U.S. v. TIMOTHY MITCHELL, 19 Cr. 843 (JGK)**

Dear Judge Koeltl:

*[Handwritten annotations:]*
1. Pre-Trial hearing adjourned to 6/15/20 at 10:00 A.M.
2. Motions - in Limine, Voir Dire, Requests to Charge Due 6/22/20. Responses due 6/24/20. Final Pre-Trial Conf. dates at 6/26/20 at 2:30.
Trial 7/7/20 at 9:00 A.M.
So ordered.
/s/ [illegible] 3/16/20
USDJ
3/12/20

I am the attorney for the defendant Timothy Mitchell in the above-referenced matter. Mr. Mitchell is charged with being Felon in possession of firearm, in violation of 18 U.S.C. § 922 (g)(1). Pretrial Hearings are currently scheduled for May 27, 2020; and *in limine* motions are scheduled for June 15, 2020. The purpose of this letter is to respectfully request that the Court schedule pre-trial hearings for June 15, 2020; and re-schedule the date of *in limine* motions to a date after June 15, 2020. The **government has no objection to this request.**

During the March 10, 2020 conference, when the Court scheduled Pre-Trial Hearings for May 27, 2020, I did not realize that on May, 18, 2020 I am expected to start a three-week trial before the Honorable Victor Marerro in U.S.D.J., U.S. v. Damir Pejckimovic, 18 Cr. 767 (VM). This trial would then be conflict with current pre-trial hearing date of May 27, 2020. As such, I seek to move the May 27, 2020 date for the pre-trial hearing in U.S. v. Mitchell, 19 Cr. 843 (JGK) to June 15, 2020, a date when the parties are both available and adjust the current *in limine* motions date of June 15, 2020 accordingly.

Accordingly, I respectfully request, **without government objection**, that the Court schedule the Pre-trial Hearing in U.S. v. Timothy Mitchell, 19 Cr. 843

Honorable John G. Koeltl, U.S.D.J.
March 12, 2020

(JGK) for June 15, 2020; and schedule the date of *in limine* motions, currently scheduled for June 15, 2020, for some date thereafter.

  Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

           Respectfully submitted,

          *Peter Enrique Quijano*

          Peter Enrique Quijano

cc: A.U.S.A Ni Qian by email & ECF (Ni.Qian@usdoj.gov)