***QUIJANO ENNIS & SIDERIS***
ATTORNEYS AT LAW
40 FULTON STREET
Floor 23
NEW YORK, NEW YORK  10038
TELEPHONE: (212) 686-0666
**Peter Enrique Quijano Cell: (917) 716-6312**
FAX: (212) 686-8690
peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

April 20, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted.
> SO ORDERED.
>
> New York, NY    /s/ John G. Koeltl
> April 20, 2020  John G. Koeltl, U.S.D.J.

**Re:**   <u>**U.S. v. TIMOTHY MITCHELL**</u>,  19 Cr. 843 (JGK)

Dear Judge Koeltl:

      I am the attorney for the defendant Timothy Mitchell in the above-referenced matter. Mr. Mitchell is charged with being Felon in possession of firearm, in violation of 18 U.S.C. § 922 (g)(1). Motions are currently scheduled for April 24, 2020; Replies by May 18, 2020; and Response by May 8, 2020. The purpose of this letter is to respectfully request that the Court re-schedule the Schedule for Defense Motions to May 15, 2020; Replies  by June 5, 2020; and Response by May 29, 2020. The **government has no objection to this request.**

      The Defendant Timothy Mitchell is detained at the MCC-New York. As a result of the COVID-19 crisis, there have been no legal visits at the MCC-New York in approximately the last 30 days; and inmates have been in a "lock-down," with very limited access to telephones. Legal calls must be scheduled by the attorney in advance; and have been limited to approximately 15-20 minutes. This has severely impacted our ability to confer with Mr. Mitchell regarding the anticipated pre-trial motions.  As a result, we need additional time to finalize the Defendant's pre-trial motion. We have conferred with Assistant United States Attorney Ni Qian, and we understand that the **government has no objection** to the request to adjust the current pre-trial motion schedule.

Honorable John G. Koeltl, U.S.D.J.
April 20, 2020

      Accordingly, I respectfully request, **without government objection**, that the Court re-schedule the Pre-trial Motions in U.S. v. Timothy Mitchell, 19 Cr. 843 (JGK) as follows: Defense Motions by May 15, 2020; Defense Reply by June 5, 2020; and government's Response by May 29, 2020.

      Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

                                    Respectfully submitted,

                                    *Peter Enrique Quijano*

                                    Peter Enrique Quijano

cc: A.U.S.A Ni Qian by email & ECF (Ni.Qian@usdoj.gov)
    Megan Wall-Wolff, Esquire (by email mwallwolff@wallwolff.com)
    Anna N. Sideris, Esquire (by email annasideris@yahoo.com)