**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

       - against -                              19cr843 (JGK)

**TIMOTHY MITCHELL,**                            <u>ORDER</u>

                **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    Because no motions are being filed, the conference on May 27, 2020 is canceled.

**SO ORDERED.**

**Dated:**    New York, New York
            May 15, 2020                   /s/ John G. Koeltl
                                                **John G. Koeltl**
                                     **United States District Judge**